# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JAVIER ANDRES CASTRO-COLON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-335

————————————————

March 22, 2024

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez and Samantha L. Ward, Judges.

Howard L. Dimmig, II, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.